UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS ADRIAN RIVERA POMALES, et al.,

    Plaintiffs,

vs.                                                      CIVIL NO. 02-2324 (JP)

BRIDGESTONE FIRESTONE, INC., et al.,

    Defendants

## ORDER

| MOTION | RULING |
| --- | --- |
| **Date Filed:** July 22, 2003<br>**Docket # 39**<br><br>[] **Plffs**    [X] **Defts**<br><br>**Title:** Firestone's Motion *In Limine* To Exclude Evidence Regarding Dissimilar Tires | **GRANTED IN PART.** The parties **SHALL NOT** be permitted to utilize evidence of completely dissimilar tires. However, this is not to say that Plaintiffs' evidence must be limited only to Steeltex Radial AT tires manufactured at Firestone's Joliette, Canada plant. Instead, the parties **MAY** utilize evidence of other types of tires that may have substantially similar manufacturing or design qualities that would be useful for the jury to be able to arrive at an informed verdict. |

Date: 8/11/03

JAIME PIERAS, JR.
U.S. Senior District Judge