UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS ADRIAN RIVERA POMALES, et al.,

    Plaintiffs,

vs.                                                           CIVIL NO. 02-2324 (JP)

BRIDGESTONE FIRESTONE, INC., et al.,

    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** July 28, 2003<br>**Docket #** 51<br><br>[ ] **Plffs**     [X] **Defts**<br><br>**Title:** Firestone's Motion *In Limine* To Exclude Any Comment, Reference Or Testimony In Relation To Alleged Design Defects In the Steeltex AT Tires | **DENIED.** Defendant will have the opportunity to impeach Plaintiffs' expert witness' testimony at the time of trial, if it so desired. For this reason, the Court hereby **DENIES** Defendant's motion. |

Date: 8/11/03

JAIME PIERAS, JR.
U.S. Senior District Judge